UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Karen Dowgiert

Case No.: 19-34033/JNP
Chapter: 7
Judge: JNP

**NOTICE OF PROPOSED ABANDONMENT**

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __March 24, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
417 South Route 73
Hammonton, NJ
FMV - $168,044.00

Liens on property:    SPS - $ 148,401.00

Amount of equity claimed as exempt:    $0.00*
*Additional exemptions available

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-34033-JNP
Karen J Dowgiert                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2              Date Rcvd: Feb 25, 2020
                                Form ID: pdf905          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
```
db              +Karen J Dowgiert,    17 N Route 73,    Berlin, NJ 08009-9756
518642874       +Alpha Recovery Corp. of Colorado,    6912 S. Quentin St. Unit 10,    Englewood, CO 80112-4531
518642879       +Firstsource Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
518642881       +KML Law Group PC,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812
518642882        LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
518642884       +Mercury Card/fb&t/tsys,    Po Box 84064,    Columbus, GA 31908-4064
518642885       +Monarch Recovery Management, LLC,    3260 Tillman Drive Ste. 75,    Bensalem, PA 19020-2059
518642889      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   U.S. Bank NA,    PO Box 2188,    Oshkosh, WI 54903)
518642890       +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 23:59:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 23:59:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518642875        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 26 2020 00:06:24      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
518642876       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2020 23:59:19      Comenitycb/hsn,
                 Po Box 182120,    Columbus, OH 43218-2120
518642877       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 26 2020 00:05:42      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518642878       +E-mail/Text: mrdiscen@discover.com Feb 25 2020 23:58:21      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
518642880       +E-mail/Text: fggbanko@fgny.com Feb 25 2020 23:58:24      Forster Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
518642883       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2020 00:05:46      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
518642886       +E-mail/Text: jennifer.chacon@spservicing.com Feb 26 2020 00:00:17      Select Portfolio Svcin,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
518642887       +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 00:06:22      Syncb/car Care Pep Boy,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518642888       +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 00:07:18      Syncb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
518644954       +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 00:06:21      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                          Signature:  /s/Joseph Speetjens

───────────────────────────────────────────────────────────────────────────────

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, in trust
               for registered holders of First Franklin Mortgage Loan Trust, Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph    Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph J. Rogers    on behalf of Debtor Karen J Dowgiert jjresq@comcast.net,
               jjrogers0507@gmail.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 25, 2020
                              Form ID: pdf905          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                 TOTAL: 4